IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>THIRTY TWO THOUSAND TWO HUNDRED FORTY-SIX DOLLARS IN UNITED STATES CURRENCY, EIGHT THOUSAND TWO HUNDRED FIFTY-FIVE DOLLARS IN UNITED STATES CURRENCY, NINE THOUSAND ONE HUNDRED FORTY-ONE DOLLARS IN UNITED STATES CURRENCY AND ONE BREITLING WRIST WATCH,<br><br>    Defendants *in rem*. | Civil Action No. 08-169-GMS |

ORDER

The Court finds that good cause appears for the stay requested by the government pursuant to 18 U.S.C. § 981(g). The instant civil forfeiture proceedings is stayed pending the resolutions of the related criminal investigation and any criminal prosecution of Claimant Manuel Medley. Furthermore, the complaint in forfeiture in hereby sealed.

SO ORDERED this 16th day of May, 2008.

_____
Honorable Gregory M. Sleet
United States District Judge

FILED
MAY 16 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE